**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jesus ESPINOZA–MARTINEZ,**
**Defendant–Appellant.**

No. 14–50467
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee,

Kimberly S. Keller, Keller Stolarczyk P.L.L.C., Boerne, TX, Defendant–Appellant.

Jesus Espinoza–Martinez, Safford, AZ, pro se.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jesus Espinoza–Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Espinoza–Martinez has filed a response. We have re-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

viewed counsel's brief and the relevant portions of the record reflected therein, as well as Espinoza–Martinez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.